**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEYA DEONTE BAREFIELD** **PLAINTIFF**
***ADC #174189***

**v.** **No: 4:26-cv-00730-JM**

**ROLONDA SCRUGGS, *et al.*** **DEFENDANTS**

**ORDER**

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 5) and the objections filed (Doc. No. 6). After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

For the reasons stated herein, it is ordered that:

1. Barefield's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted;

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g); and

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 5th day of October, 2026.

UNITED STATES DISTRICT JUDGE