**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KEYA DEONTE BAREFIELD** **PLAINTIFF**
***ADC #174189***

**v.** **No: 4:26-cv-00730-JM**

**ROLONDA SCRUGGS, *et al.*** **DEFENDANTS**

**JUDGMENT**

Based on the order filed this date, judgment is entered dismissing this case without prejudice. The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C, § 1915(a)(3), that an in forma pauperis appeal from this Judgment or the underlying Order would not be taken in good faith.

DATED this 5th day of October, 2026.

UNITED STATES DISTRICT JUDGE